**Query**     **Reports**     **Utilities**     **Help**     **What's New**     **Log Out**

CLOSED

# U.S. District Court
# Northern District of Texas (Fort Worth)
# CRIMINAL DOCKET FOR CASE #: 4:26-mj-00378-BJ-1

| | |
|---|---|
| Case title: USA v. Montemayor | Date Filed: 05/14/2026 |
| Other court case number: 26-mj-4166-DHH District of Massachusetts | Date Terminated: 05/14/2026 |

Assigned to: Magistrate Judge Jeffrey L. Cureton

## Defendant (1)

| | | |
|---|---|---|
| **Andres Montemayor** *TERMINATED: 05/14/2026* *also known as* Andrew Valadez *TERMINATED: 05/14/2026* | represented by | **Christopher James Weinbel-FPD** Federal Public Defender's Office Fort Worth 819 Taylor Street Ste 9a10 Fort Worth, TX 76102 817-978-2753 Email: christopher_weinbel@fd.org *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Federal Public Defender Appointment* *Bar Status: Admitted/In Good Standing* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|

21:846 conspiracy to possess with intent to
distribute controlled substances

---

**Plaintiff**

**USA**                                represented by    **Eric B. Chen-DOJ**
DOJ-USAO
Northern District of Texas
801 Cherry Street
Suite 1700
Fort Worth, TX 76102
817-252-5281
Email: eric.chen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney's Office*
*Bar Status: Admitted/In Good Standing*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/2026 | | Arrest (Rule 5) of Andres Montemayor. Case Number 26-mj-4166-DHH Complaint and Warrant from District of Massachusetts. (mcrd) (Entered: 05/15/2026) |
| 05/14/2026 | 1 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Initial Appearance Rule 5(c) as to Andres Montemayor held on 5/14/2026. Date of Arrest: 5/14/2026 on warrant from the District of Massachusetts; Deft executed financial affidavit; O/appointing FPD entered; Rule 5(f) admonishment given; Deft waives Rule 5(c) hearing as to identity and requests detention & preliminary hearing in prosecuting district; O/commitment to prosecuting district entered; Deft remanded to custody. Attorney Appearances: AUSA - Eric Chen; Defense - Chris Weinbel. (No exhibits) Time in Court - :06. (Court Reporter: Digital File) (Interpreter n/a.) (USPO Mouret.) (mcrd) (Entered: 05/15/2026) |
| 05/14/2026 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Andres Montemayor. (Ordered by Magistrate Judge Jeffrey L. Cureton on 5/14/2026) (mcrd) (Entered: 05/15/2026) |
| 05/14/2026 | 3 | ELECTRONIC ORDER As to Andres Montemayor: <br><br> This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is entered by the court on the first scheduled court date when both the prosecutor and defense counsel are present. <br><br> By this order -- issued to the prosecution and defense counsel -- the court confirms the disclosure obligations of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law. Failure to do so may result in consequences such as the dismissal of the indictment or information, dismissal of individual charges, exclusion of evidence or witnesses, adverse jury instructions, contempt proceedings, and/or sanctions by the court. (Ordered by Magistrate Judge Jeffrey L. Cureton on 5/14/2026) (mcrd) (Entered: 05/15/2026) |

| 05/14/2026 | 4 | WAIVER of Rule 5(c) Hearings by Andres Montemayor (mcrd) (Entered: 05/15/2026) |
|---|---|---|
| 05/14/2026 | 5 | MOTION for Pretrial Detention filed by USA as to Andres Montemayor (mcrd) (Entered: 05/15/2026) |
| 05/14/2026 | 6 | Report of Proceedings under Rule 5(c)(3) and 5.1 as to Andres Montemayor. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to District of Massachusetts. (Ordered by Magistrate Judge Jeffrey L. Cureton on 5/14/2026) (mcrd) (Entered: 05/15/2026) |
| 05/15/2026 | 7 | Notice FROM Texas Northern TO District Massachusetts of a Rule 5, Rule 32.1, or Rule 40 Appearance as to Andres Montemayor. Your case number is: 26-mj-4166-DHH. Docket sheet and documents attached. *If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (mcrd) (Entered: 05/15/2026) |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA           §
                                   §
V.                                 §    NO. 4:26-MJ-378
                                   §
ANDRES MONTEMAYOR                  §
a/k/a ANDREW VALADEZ

## ORDER APPOINTING COUNSEL FOR LIMITED PURPOSES

The above-named defendant has testified under oath, or has otherwise satisfied this court that such defendant (1) is financially unable to employ counsel, (2) wants to be represented by counsel, and (3) has not waived representation by counsel; accordingly,

It is ordered that the Federal Public Defender's Office for this District be and hereby is appointed pursuant to Section 3006A of Title 18, United States Code to represent the defendant named above for the limited purpose of any hearing(s) conducted in the Northern District of Texas, Fort Worth Division, and shall have no effect once the defendant is transferred to the prosecuting district. Once transferred, the prosecuting district may make a new determination on whether the defendant satisfies the requirments for appointed counsel on the information available to the court at that time.

Signed: May 14, 2026

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

# United States District Court

### NORTHERN DISTRICT OF TEXAS AT FORT WORTH

| | |
|---|---|
| UNITED STATES OF AMERICA | §   **WAIVER OF RULE 5(c) HEARINGS** |
| | §   **(Excluding Probation Cases)** |
| V. | § |
| | § |
| **ANDRES MONTEMAYOR** | §   CASE NUMBER: 4:26-MJ-378 |
| a/k/a ANDREW VALADEZ | |

I, Andres Montemayo, understand that in the District of Massachusetts, charges are pending, and I have been arrested in this District and taken before a United States Magistrate Judge who informed me of, the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( X )   identity hearing

( X )   preliminary examination

I HEREBY REQUEST THAT MY PRELIMINARY AND DETENTION HEARING BE

( X )   held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

( )   held in this district.

_____
Defendant

May 14, 2026

_____
Defense Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                              No. 4:26-MJ-378

ANDRES MONTEMAYOR (01)

### GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

The United States moves for pretrial detention of the defendant pursuant to 18 U.S.C. §§ 3142(e) and (f).

**1. Eligibility of Case:**  This case is eligible for a detention order because the case involves:

☐ Crime of violence [18 U.S.C. § 3156]
☐ Maximum sentence of LIFE imprisonment or death
☒ Controlled Substance offense punishable by 10 or more years
☐ Felony with 2 prior convictions in above categories
☐ Felony involving a minor victim
☐ Felony involving the possession or use of a firearm, destructive device, or other dangerous weapon
☐ Felony involving a failure to register under 18 U.S.C. § 2250
☒ Serious risk that the Defendant will flee
☐ Serious risk that Defendant will obstruct justice

**2. Reason for Detention.**  The Court should detain the Defendant because there are no conditions of release which would reasonably assure:

☒ Defendant's appearance as required  ☒ The safety of the community  ☐ The safety of another person

**3.** The United States will invoke the rebuttable presumption against the Defendant because: there is probable cause to believe that the Defendant has committed:

☒ A Controlled Substance Offense punishable by 10 or more years imprisonment
☐ A firearms offense under Title 18, United States Code, Section 924(c)
☐ A federal crime of terrorism punishable by 10 or more years imprisonment
☐ A Felony -listed in 18 U.S.C. § 3142(e) - involving a minor victim
☐ A Felony involving a failure to register under 18 U.S.C. § 2250
☐ The Defendant has previously been convicted of an offense described in 18 USC § 3142(f)(1) which was committed while the Defendant was released on bond pending trial for any offense and less than 5 years have elapsed since the latter of the defendant's conviction or date of release from imprisonment for such conviction.

**4. Time for Detention Hearing.**  The United States requests the Court to conduct the detention hearing

☐ at the Defendant's first appearance          ☒ After a continuance of _3_ days.

Respectfully Submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

ERIC B. CHEN
Assistant United States Attorney
Texas State Bar No. 24094587
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
Email: eric.chen@usdoj.gov

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was this day served upon the Defendant or his counsel of record in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

DATE: _5/14_, 2026

ERIC B. CHEN
Assistant United States Attorney

AO 94  (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

Northern _____ District of _____ Texas at Fort Worth

| UNITED STATES OF AMERICA V. ANDRES MONTEMAYOR | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 4:26-MJ-378 | 26-mj-4166-DHH |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Other (specify)  ☐ Petition

charging a        21        U.S.C.  846

**DISTRICT OF OFFENSE**
District of Massachusetts

**DESCRIPTION OF CHARGES:**


Conspiracy to possess with intent to distribute controlled substance

**CURRENT BOND STATUS:**

☐ Bail fixed at                          and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| **Representation:** | ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA  ☐        None |
|---|---|
| **Interpreter Required?** | ☒ No        ☐ Yes        Language: |

**DISTRICT OF**

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| May 14, 2026 | _____ |
|---|---|
| Date | Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT |
|---|---|---|
| | | |