UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
26-4166-DHH

UNITED STATES OF AMERICA

v.

ANDRES MONTEMAYOR

**MEMORANDUM AND ORDER OF DETENTION**

June 17, 2026

Hennessy, M.J.

Defendant Andres Montemayor is charged by criminal complaint with Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. § 846.  Defendant initially appeared in this Court on June 12, 2026, following his transfer in custody from the arresting district.  At the initial appearance, the Court appointed counsel to represent Defendant, and the United States moved for detention pursuant to the Bail Reform Act.

The case was continued to June 17, 2026, for a detention hearing and preliminary hearing.  At the June 17, 2026 hearing, with the assistance of counsel, Defendant signed a waiver of his right to a preliminary hearing.  Based on the written waiver and the Court's colloquy with Defendant, I find that the waiver is knowing and voluntary and is accepted by the Court.

Also at the June 17 hearing, Defendant assented to a voluntary order of detention without prejudice to seek release.

Accordingly, it is ORDERED --

1

(1)     That Defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     That Defendant shall be afforded a reasonable opportunity for private consultation with counsel; and

(3)     That on order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which Defendant is detained and confined deliver Defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to Defendant filing a motion at any time seeking a hearing to consider the issue of pre-trial release whether or not there have been changed circumstances.

/ s / David H. Hennessy
David H. Hennessy
United States Magistrate Judge

2