```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA          )
                                  )
        v.                        )      NO. 26-mj-4166-DHH
                                  )
ANDRES MONTEMAYOR                  )
```

MOTION FOR REVIEW OF
MAGISTRATE'S DETENTION ORDER

Counsel for the defendant Andres Montemayor respectfully moves this Court for a review of the Magistrate's order of detention in the above-captioned case.  The defendant makes this motion pursuant to 18 U.S.C. §3145(b).  Undersigned counsel respectfully requests that the hearing requested be held during the week of August 3, as counsel has travel plans beginning on August 8.

Respectfully submitted

By his attorney,

/s/ Syrie D. Fried
Syrie D. Fried
Good Schneider Cormier & Fried
83 Atlantic Avenue
Boston, MA  02110
(617) 523-5933
sf@gscfb.com

1

CERTIFICATE OF SERVICE

I, Syrie D. Fried, do hereby certify that this motion has been filed electronically and that it will be served electronically on registered ECF participants as identified on the Notice of Electronic Filing (NEF) on August 2, 2026.

/s/ Syrie D. Fried